```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

           Plaintiff,

   -v-

SARAH E. GLAISTER,

           Defendant,

JOHN K. GLAISTER,

           Consolidated Defendant.

20 Civ. 3581 (NSR) (PED) (Lead case)
20 Civ. 3583 (NSR) (PED)
21 Civ. 4773

## ORDER CONSOLIDATING ACTIONS
## PURSUANT TO FED. R. CIV. P. 42(a)

Pursuant to Federal Rule of Civil Procedure 42(a), when actions before the Court "involve a common question of law or fact," the Court may, *inter alia*, "consolidate the actions" and "join for hearing or trial any or all matters at issue in the actions." Fed. R. Civ. P. 42(a)(1)-(2).

By prior order dated May 12, 2020, the Court previously consolidated the actions captioned *United States v. Sarah E. Glaister*, 20 Civ. 3581 (NSR) (PED), filed May 7, 2020, and *United States v. John K. Glaister*, 20 Civ. 3583 (NSR) (PED), filed May 7, 2020.

Now, on the motion of the United States, the Court hereby ORDERS as follows:

    1.    The following actions are hereby consolidated for all purposes, including pre-trial proceedings and trial, pursuant to Federal Rule of Civil Procedure 42(a):

        a.  *United States v. Sarah E. Glaister*, 20 Civ. 3581 (NSR) (PED), filed May 7, 2020

        b.  *United States v. John K. Glaister*, 20 Civ. 3583 (NSR) (PED), filed May 7, 2020

        c.  *United States v. John K. Glaister*, 21 Civ. 4773, filed May 27, 2021

2. All papers filed in connection with the consolidated actions will be maintained under the docket of the lead case, 20 Civ. 3581 (NSR) (PED).

3. All papers filed in the consolidated actions shall bear the consolidated caption set forth above.

4. The Clerk of the Court is directed to consolidate 21 Civ. 4773 under the docket of the lead case, 20 Civ. 3581 (NSR) (PED).

5. The Clerk of the Court is further directed to terminate the motions at ECF No. 6 and 24 on 21 Civ. 4773 and 20 Civ. 3581, respectively.

Dated: June 15, 2021
White Plains, New York

SO ORDERED:

_____
HONORABLE NELSON S. ROMÁN
United States District Judge