

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

September 9, 2021

**By ECF**

Honorable Paul E. Davison
United States Magistrate Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Sarah E. Glaister*, 20 Civ. 3581 (NSR) (PED) (lead case)
             *United States v. John K. Glaister*, 20 Civ. 3583 (NSR) (PED) (consolidated)
             *United States v. John K. Glaister*, 21 Civ. 4773 (NSR) (PED) (consolidated)

Dear Judge Davison:

      I write respectfully to inform the Court that I will be leaving the United States Attorney's Office. Accordingly, I request the entry of an order terminating my appearance in this matter. My colleague AUSA Samuel Dolinger has entered an appearance on behalf of the United States and will continue to handle the case.

      I thank the Court for its consideration of this submission.

                                                       Respectfully,

                                                         AUDREY STRAUSS
                                                         United States Attorney for the
                                                         Southern District of New York

                                    By:   /s/ *Rachael L. Doud*
                                                         RACHAEL L. DOUD
                                                         Assistant United States Attorney
                                                         86 Chambers Street, Third Floor
                                                        New York, New York 10007
                                                        Tel.: (212) 637-3274
                                                        Facsimile: (212) 637-2786
                                                        E-mail: rachael.doud@usdoj.gov