**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/23/2021

August 19, 2021

<u>Via ECF</u>
Honorable Nelson S. Roman
United States District Judge
United States District Court for the Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Sarah E. Glaister*, 20 Civ. 3581 (NSR) (PED) (lead case)
*United States v. John K. Glaister*, 20 Civ. 3583 (NSR) (PED) (consolidated)
*United States v. John K. Glaister*, 21 Civ. 4773 (NSR) (PED) (consolidated)

Dear Judge Roman:

    This Office represents the United States of America (the "United States") in the above-referenced actions against defendants Sarah E. Glaister and John K. Glaister ("Defendants"), arising from their failure to file reports of foreign financial accounts commonly known as "FBARs." On August 18, 2021, the parties participated in a status conference before Judge Davison, at which he granted the United States' requests for extensions of the deadlines for the completion of depositions and fact discovery to October 4, 2021, and October 18, 2021, respectfully. I write in accordance with Judge Davison's instruction at that conference respectfully to request an adjournment of the conference before Your Honor currently scheduled for September 27, 2021, to a date after the completion of discovery. The parties are available on October 21, 22, and 28, 2021.

    Thank you for your consideration of this matter.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By: /s/ Rachael Doud
RACHAEL DOUD
Assistant United States Attorneys
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-3274
rachael.doud@usdoj.gov

---

Due to an extension of the discovery deadlines, the United States's request for an adjournment of the telephonic Status Conf. before Judge Román from Sept. 27, 2021 until Dec. 1, 2021 at 10:45 am is GRANTED. This is the Court's earliest available conf. time due to it's trial calendar. Counsel are directed to follow the dial-in instructions contained on the docket at ECF No. 30. Clerk of Court requested to terminate the motion (doc. 33).
Dated: Sept. 23, 2021

SO ORDERED:

*[signature]*
HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE