MEMO ENDORSED



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*86 Chambers Street*
*New York, New York 10007*

November 23, 2021

Via ECF
Honorable Nelson S. Román
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States of America v. Glaister*, 20 Civ. 3581 (NSR) (PED) (Lead case)
                                                                   20 Civ. 3583 (NSR) (PED) (consolidated)
Dear Judge Román:                          21 Civ. 4773 (NSR) (PED) (consolidated)

        This Office represents the United States of America (the "United States" or the
"government") in the above-referenced consolidated actions against defendants Sarah E. Glaister
and John K. Glaister (together, "Defendants") seeking to collect civil penalties assessed against
Defendants as a result of their failure to report foreign financial accounts pursuant to the Bank
Secrecy Act, 31 U.S.C. §§ 5314 and 5321.

        The United States respectfully requests an adjournment of the telephone conference
currently scheduled for December 1, 2021, at 10:45 a.m.  *See* Dkt. No. 36.

        Judge Davison recently granted the government's request to extend the discovery
deadline until December 20, 2021.  *See* Dkt. Nos. 39-40.  I write in accordance with Judge
Davison's instruction to advise Your Honor of the extended discovery deadline, and respectfully
request that the December 1 conference be adjourned until after discovery closes on December
20.  The parties are available for an adjourned conference during the week of January 4, 2022.

        Defendants consent to this request.  This is the second request to adjourn the conference
before Your Honor; the Court granted the first request.  *See* Dkt. Nos. 33, 36. The Court also
once previously adjourned the conference *sua sponte*.  *See* Dkt. No. 30.

Thank you for your consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By:     /s/ Samuel Dolinger
SAMUEL DOLINGER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.:  (212) 637-2677
E-mail: samuel.dolinger@usdoj.gov

cc: Counsel of record (via ECF)

Due to an extension of the discovery deadlines, the
United States's request for an adjournment of the
telephonic Status Conf. before Judge Roman from
Dec. 1, 2021 until Jan. 5, 2022 at 10:00 am is
GRANTED. Counsel are directed to follow the dial-
in instructions contained on the docket at ECF No.
30. Clerk of Court requested to terminate the
motion (doc. 41).
Dated:  White Plains, NY
        Nov. 23, 2021

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE